**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SECOND WATCH, et al.,<br><br>　　　　Defendant(s). | No. C 07-03502 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 3) |

On July 5, 2007, plaintiff filed this pro se civil rights action. On that same day the clerk of the Court sent a notification to plaintiff that he had not paid the appropriate filing fee of $350.00 or submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days. On August 16, 2007, plaintiff submitted a motion for extension of time to file a completed application for leave to

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.29.2007\07-03502 Weaver03502_ifp-eot.wpd

1  proceed <u>in forma pauperis</u>. (Docket No. 3)

2  Accordingly, the Court will extend the time for plaintiff to complete the <u>in
3  forma pauperis</u> application and provide the accompanying certificate of funds and a
4  six-month statement of his trust account.  The application and documentation must
5  be filed with the Court no later than **September 16, 2007**.  Plaintiff must submit his
6  accompanying documentation by the deadline, or the Court will dismiss the case
7  without prejudice for failure to pay the filing fee.

8  This order terminates Docket No. 3.

10  DATED:    August 27, 2007

JAMES WARE
United States District Judge

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.29.2007\07-03502 Weaver03502_ifp-eot.wpd              2