**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>SECOND WATCH, et al.,<br>　　　　Defendant(s). | No. C 07-03502 JW (PR)<br><br>JUDGMENT |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On November 7, 2007, the Court denied plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the full filing fee within thirty days from the date of the order, *i.e.*, no later than December 7, 2007. Plaintiff was advised that failure to pay the full filing fee in the time provided would result in the dismissal of the action without prejudice.

The deadline has since passed, and plaintiff has not paid the full filing fee. This case is DISMISSED without prejudice. Judgment is entered accordingly.

DATED: __December 20, 2007__      　　　/s/ James Ware
　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03502_judgment.wpd