WILLIE WEAVER
J-91389 B-5-210
PELICAN BAY STATE
PRISON P.O. Box 7060
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666  JAN 0
$ 00
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

9410213661

CASE NO. CV-07-035
OFFICE OF THE CLERK
IN THE UNITED STATES
DISTRICT COURT FOR
NORTHERN DISTRICT
CALIFORNIA 450 GOL
GATE AVENUE
SAN FRANCISCO, CA. 9